**FILED**

04/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0622

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0622

_____

IN THE MATTER OF:

S.M.,                                                             O R D E R

   A Youth in Need of Care.

_____

Counsel for Appellant has filed a second motion for extension of time to file the opening brief, which was due April 18, 2022.  In its order of March 8, 2022, the Court stated no further extensions would be granted.

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 28, 2022, within which to prepare, file, and service the opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
April 25 2022